## DISCIPLINARY CASES

**2002–0347. Cincinnati Bar Assn. v. O'Brien.**
Upon consideration of relator's motion for leave to file notice of change of circumstances,

IT IS ORDERED by the court that the motion be, and hereby is, granted, and relator shall file the notice of change of circumstances within 10 days of the date of this entry.

## MISCELLANEOUS DISMISSALS

**2002–0497. State ex rel. Holiday v. Indus. Comm.**
Franklin App. No. 01AP–390. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant has not filed a merit brief, due June 3, 2002, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed, sua sponte.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2002–0805. State ex rel. Campbell v. Indus. Comm.**
Franklin App. No. 01AP–697.

**2002–0942. State ex rel. Clow Water Sys./McWayne, Inc. v. Hart.**
Franklin App. No. 01AP–720.

[Cite as *06/14/2002 Case Announcements*, 2002-Ohio-2871.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*June 14, 2002*

## MOTION AND PROCEDURAL RULINGS

**2001–0871. State v. Ahmed.**
Belmont C.P. No. 99CR192. This cause is a death penalty appeal from the Court of Common Pleas of Belmont County. Upon consideration of appellant's pro se motion to strike appellant's brief filed by Ohio Public Defender; pro se renewed motion to disqualify and remove Public Defender from representation of appellant; and pro se motion for stay of all proceedings.

IT IS ORDERED by the court that the motions be, and hereby are, denied.

## DISCIPLINARY CASES

**1998–2663. Cincinnati Bar Assn. v. Arnold.**
On September 14, 2001, this court reinstated respondent and directed him to pay board costs in the amount of $644.99 by December 13, 2001. On March 12, 2002, this court directed respondent to show cause why he should not be found in contempt for failure to comply with the court's order. On March